133 F.3d 912
 Jonas Weissman
v.
Cohn, Lifland, Perlman, Hermann & Knopf, Albert Cohn, Head
of Cohn Lifland, Leonard Z. Kaufman, Member of Cohn Lifland,
Diana Manning, Member of Cohn Lifland, Maryann T. Stokes,
Member of Cohn Lifland, Lorraine Abraham, Court Appointed
Receiver, Superior Court of New Jersey, Bergen County
Justice Center, Isabel Stark, Judge, Superior Court Judge
Bergen County Justice Center, Anthony Scuito, Judge,
Superior Court Judge Bergen County Justice Center,
 NO. 97-5065
 United States Court of Appeals,
Third Circuit.
 Nov 24, 1997
 
 Appeal From: D.N.J. ,No.97cv00559 ,
 Barry, J.
 
 
 1
 Affirmed.